TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00471-CV
 
 




 

 

D. H. a/k/a D. T., Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 345th
 District Court OF Travis COUNTY,
 
 NO. D-1-FM-11-000099,
 
 The Honorable Scott H.
 Jenkins, JUDGE PRESIDING 
 
 




 


 
 
                                                                 O
 R D E R
 PER CURIAM
                       The reporter’s record in
 this appeal was originally due to be filed on July 26, 2012.  By request to this
 Court dated August 7, 2012, Chavela Crain requested
 an extension of time in which to file the reporter’s record.
                       Effective March 1, 2012, amendments to the
 Texas Rules of Appellate Procedure adopted by Texas Supreme Court
 Miscellaneous Docket No. 12-9030 prohibit this Court from granting extensions
 of over 10 days for the filing of reporters’ records in accelerated appeals,
 including those from suits for termination of parental rights.  See
 Tex. R. App. P. 35.3(c).  Further, any
 extensions of time granted for the filing of the reporters’ records may not
 exceed 30 days cumulatively.  See Tex. R. App. P. 28.4(b)(2).  Accordingly, Chavela Crain is hereby ordered to file the reporter’s
 record in this case on or before August 20, 2012.  If the record is not filed by that date, Chavela Crain may be required to show cause
 why she should not be held in contempt of court.
                       It is ordered on August
 9, 2012.
  
 Before Chief
 Justice Jones, Justices Rose and Goodwin